# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
| * | |
| vs.     * | |
| * | **Case No. 21-CR-00631-2 (TJK)** |
| **THERESE BORGERDING,**     * | |
| Defendant     * | |
| * | |

ooOoo

## NOTICE OF APPEAL

Therese Borgerding, by her undersigned counsel, appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, hereby appeals the final Judgment of conviction and sentence of imprisonment entered by this Court on September 5, 2024 (ECF 146).

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record via ECF on September 12, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**